FORD MOTOR CREDIT COMPANY, APPELLANT *v.* AGRAWAL, APPELLEE.

[Cite as *Ford Motor Credit Co. v. Agrawal,*
137 Ohio St.3d 561, 2013-Ohio-5199.]

(No. 2012–0462—Submitted November 20, 2013—Decided December 17, 2013.)

---

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Cullen v. State Farm Mut. Auto. Ins. Co.,* 137 Ohio St.3d 373, 2013-Ohio-4733, 999 N.E.2d 614. The cause is remanded to the appellate court for further proceedings.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

---

O'Melveny & Myers, L.L.P., and Jonathan D. Hacker; Tucker, Ellis & West, L.L.P., and Irene C. Keyse–Walker; and Frantz Ward, L.L.P., Brett K. Bacon, Colleen C. Murnane, and Gregory R. Farkas, for appellant.

The Misra Law Firm, L.L.C., and Anand N. Misra; and Robert S. Belovich, for appellee.

Severson & Werson and Jan T. Chilton, urging reversal for amicus curiae, American Financial Services Association.